UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRISTEL TELECOM, INC., et al.,

      Plaintiffs,

v.                                   CASE NO: 8:04-cv-2637-T-23TBM

AMERICAN PREPAID DISTRIBUTION
et al.,

      Defendants.
_____/

## **ORDER**

The plaintiffs file a motion (Doc. 33) to dismiss without prejudice.  Rule 41(a)(2),

Federal Rules of Civil Procedure.  The defendant concedes (Doc. 34) that no case or

controversy persists but requests conditioning the dismissal on the plaintiffs'

reimbursement of the defendant's attorneys' fees and costs.  The defendant argues

(Doc. 34) that the ability to impose "curative conditions" on a voluntary dismissal without

prejudice prevents "voluntary dismissals which unfairly affect the other side."  McCants

v. Ford Motor Co., Inc., 781 F.2d 855, 856 (11th Cir. 1986).   However, although the

court rejected some of the plaintiff's claims in formulating the preliminary injunction, the

defendant fails to demonstrate that the rejected claims constitute "vexatious" litigation or

that protection is necessary against the prospect of future litigation.  Consequently, the

defendant fails to demonstrate how a voluntary dismissal without prejudice "unfairly

affect[s]" the defendant.  Accordingly, the plaintiffs' motion (Doc. 33) to dismiss is

**GRANTED** and the action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is

directed to (1) terminate any pending motion, and (2) close the file.

ORDERED in Tampa, Florida, on June 24, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy